Submitted on record and briefs May 15, affirmed May 30, 1978

STATE OF OREGON, *Respondent,*
*v.*
JAMES E. MORGAN, *Appellant.*
(No. 24246, CA 9336)

STATE OF OREGON, *Respondent,*
*v.*
CLIFFORD SCHAFER, *Appellant.*
(No. 24201, CA 9441)
(Consolidated cases)
579 P2d 325

Gary D. Babcock, Public Defender, and James E. Mountain, Jr., Deputy Public Defender, Salem, filed the briefs for appellants.

John L. Snyder, District Attorney, Dallas, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *State v. Hull,* 33 Or App 183, 188, 575 P2d 1015 *rev pending* (1978).